**FILED**

FEB 2 8 2011

DAVID CREWS, CLERK
BY _____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

DESOTO COUNTY, MISSISSIPPI BRANCH                          **PLAINTIFFS**
OF THE NAACP and THOMAS PLUNKETT,
on behalf of themselves and all others similarly situated

VS.                              CIVIL ACTION NO. _2:11-CV-040-AS_

DESOTO COUNTY, MISSISSIPPI BOARD OF SUPERVISORS;
DESOTO COUNTY, MISSISSIPPI DEMOCRATIC PARTY
EXECUTIVE COMMITTEE; DESOTO COUNTY, MISSISSIPPI
REPUBLICAN PARTY EXECUTIVE COMMITTEE; DESOTO
COUNTY, MISSISSIPPI BOARD OF ELECTION COMMISSIONERS;
and DALE THOMPSON, in her official capacity as Circuit Clerk          **DEFENDANTS**

## MOTION FOR A TEMPORARY RESTRAINING ORDER
## AND A PRELIMINARY INJUNCTION

COME NOW the plaintiffs, the Desoto County, Mississippi Branch of the NAACP ("National

Association for the Advancement of Colored People"), and Thomas Plunkett, pursuant to the Equal

Protection Clause of the 14th amendment to the United States Constitution, 42 U. S. C. § 1983, and

28 U. S. C. §§ 2201, and 2202, and move the Court to grant a temporary restraining order ("TRO")

and/or a preliminary injunction enjoining the March 1, 2011 candidate qualification deadline and the

present apportionment scheme for supervisor, justice court judge, and constable in Desoto County,

Mississippi on the following grounds:

1.      Plaintiff, the Desoto County, Mississippi Branch of the NAACP is a civil rights

organization whose members are primarily African American citizens registered voters throughout

Desoto County, Mississippi, including Supervisor Districts 1, 2, 3, 4, and 5.

2.      Plaintiff, Thomas Plunkett, is a registered African-American voter in Supervisor

1

District 4 in Desoto County, Mississippi.

     3.      Defendant, the Desoto County, Mississippi Board of Supervisors, is a local governmental body of the State of Mississippi responsible for conducting primary, special, and general elections for the office of supervisor, constable, and justice court judge for Desoto County, Mississippi.

     4.      Defendant, the Desoto County, Mississippi Democratic Executive Committee ("DCDEC"), is a political party and quasi-governmental entity responsible for conducting primary elections for the Democratic Party in Desoto County, Mississippi.

     5.      Defendant, the Desoto County, Mississippi Republican Executive Committee ("DCREC"), is a political party and quasi-governmental entity responsible for conducting primary elections for the Republican Party in Desoto County, Mississippi.

     6.      Defendant, the Desoto County, Mississippi Board of Election Commissioners, is a local governmental body of the State of Mississippi responsible for conducting special and general elections for the office of supervisor, constable, and justice court judge for Desoto County, Mississippi.

     7.      Defendant, Dale Thompson, is a local governmental official and Circuit Clerk for Desoto County, Mississippi who, pursuant to § 23-15-299, Miss. Code Ann. (1972), is responsible for conducting elections for supervisor, justice court judge, and constable for Desoto County, Mississippi.

     8.      The population for Desoto County, Mississippi according to the 2010 federal decennial census is 161,252 persons of whom 35,266 (or 21.87%) are African-American. A copy of the U. S. Census Bureau's 2010 Redistricting Data for Desoto County, Mississippi is attached

hereto as Exhibit "A" and incorporated herein.

9.      Desoto County, Mississippi is governed by a five (5) member board of supervisors elected from single member districts.

10.     Members of the Desoto County, Mississippi Board of Supervisors are elected by popular vote to four year terms of office.

11.     The terms of office for current members of the Desoto County, Mississippi Board of Supervisors expire December 31, 2011.

12.     Political party primary nomination elections for the next term of office for members of the Desoto County, Mississippi Board of Supervisors are scheduled for Tuesday, August 2, 2011.

13.     The qualification deadline for candidates for supervisor is March 1, 2011.

14.     A majority vote is required for political party nomination elections in Mississippi.

15.     Political party second primary nomination or run-off elections for the next term of office for members of the Desoto County, Mississippi Board of Supervisors are scheduled for Tuesday, August 23, 2011 if no candidate receives a majority vote during the primary nomination election.

16.     A general election and regular special elections are scheduled for Tuesday, November 8, 2011.

17.     The ideal population for each supervisor district for Desoto County, Mississippi is 32,250 persons according to the 2010 federal decennial census.

18.     The total population for each supervisor district, the black population for each supervisor district, and the percentage of black population for each supervisor district in Desoto County, Mississippi according to the 2010 federal decennial census is as follows:

3

| Supervisor District | Total Population | Black Population | Black Pop. % |
|---|---|---|---|
| 1 | 44,651 | 10,331 | 23.14% |
| 2 | 30,691 | 5,814 | 18.94% |
| 3 | 27,008 | 8,614 | 31.89% |
| 4 | 20,393 | 4,225 | 20.72% |
| 5 | 38,509 | 6,282 | 16.31% |

19.    The supervisor districts for Desoto County, Mississippi have a total population deviation of 24,258 persons according to the 2010 federal decennial census with a maximum deviation percentage of 75.22%.

20.    The Desoto County, Mississippi Branch of the NAACP, is a civil rights organization whose members include and which represents citizens and registered voters Supervisor Districts 1 and 5 which are overpopulated and under represented, and the plaintiff is aggrieved by that under representation.

21.    Plaintiff, Thomas Plunkett, is a citizen and voter in Supervisor District 4, which has a substantial black population, and plaintiff, Thomas Plunkett, does not want the black voting strength in Desoto County, Mississippi diluted.

22.    Desoto County, Mississippi is a jurisdiction covered by the preclearance requirements of § 5 of the Voting Rights Act of 1975, as amended and extended, 42 U. S. C. § 1973c, that has a long and official history of racial discrimination against African-American citizens and voters that has affected their right to register, vote, and participate in the political process.

23.    The defendants are not likely to redistrict supervisor districts, justice court districts, and constable districts and obtain preclearance of new redistricting plans before the candidate

qualification deadline.

24. Plaintiffs are aggrieved by the malapportioned supervisor districts, and they continue to suffer the dilution of their vote until the supervisor districts are redrawn and preclearance obtained. See, Declaration of Thomas Plunkett, attached as Exhibit "1."

25. Supervisors must "make an honest and good faith effort to construct districts...as nearly of equal population as is practicable..." *Brown v. Thomson*, 462 U. S. 835, 103 S. Ct. 2690, at 2695, 77 L. Ed. 2d 214 (1983), quoting, *Reynolds v. Sims*, 377 U. S. 568, at 577, 84 S. Ct. 1362, 12 L. Ed. 2d 506 (1964). Generally, a legislative apportionment plan must have "a maximum population deviation under 10%" to pass constitutional muster. *Brown v. Thomson*, supra, 103 S. Ct. at 2696, citing, *Connor v. Finch*, 431 U. S. 407, at 418, 97 S. Ct. 1828, at 1835, 52 L. Ed. 2d 465 (1977); *White v. Regester*, 412 U. S. 755, at 764, 93 S. Ct. 2332, at 2338, 37 L. Ed. 2d 314 (1975). The one-person one-vote principle of the Equal Protection Clause applies to supervisor districts as well as other type of legislative districts. See, *Kirksey v. Board of Supervisors of Hinds County*, 554 F. 2d 139 (5th Cir.) (en banc), cert. denied, 434 U. S. 968, 98 S. Ct. 512, 54 L. Ed. 2d 954 (1977); *Abate v. Mundt*, 403 U. S. 182, 91 S. Ct. 1904, 29 L. Ed. 2d 399 (1971); *Hadley v. Junior College Dist.*, 397 U. S. 50, 90 S. Ct. 791, 25 L. Ed. 2d (1970); *Avery v. Midland County*, 390 U. S. 474, 88 S. Ct. 1114, 20 L. Ed. 2d 45 (1968); *Cook v. Luckett*, 575 F. Supp. 479 (S. D. Miss. 1983), declined to follow, *Chisom v. Roemer*, 853 F. 2d 1186 (5th Cir. 1988). The 10% maximum population deviation principle applies to supervisor districts as well. *Cook v. Luckett*, supra.

26. Since the supervisor districts have a maximum population deviation of 75.22%, the districts are unconstitutionally malapportioned and plaintiffs are entitled to affirmative relief. *Kirksey v. Board of Supervisors of Hinds County*, supra; *Cook v. Luckett*, supra.

27.    The voting injury to the plaintiffs is substantial. *See, Reynolds v. Sims,* supra; *Kirksey v. Board of Supervisors of Hinds County,* supra; *Cook v. Luckett,* supra. The equities of granting injunctive relief weigh in plaintiffs' favor. *See, Cook v. Luckett,* supra.

28..    Plaintiffs have sought pre-election relief. Generally, a plaintiff is entitled to injunctive relief is there is a constitutional one-person one-vote or voting rights violation and the plaintiff seeks pre-election relief. *See, generally, Hadnot v. Amos,* supra; *Hamer v. Campbell,* 358 F. 2d 215 (5th Cir. 1966); *Toney v. White,* 488 F. 2d 310 (5th Cir. 1973); *Rodriguez v. Bexar County, Texas,* 385 F. 3d 853, at 859 fn. 2 (5th Cir. 2004); *Tucker v. Buford,* 603 F. Supp. 276 (N. D. Miss. 1985); *Fairley v. Forrest County, Mississippi,* 814 F. Supp. 1327 (S. D. Miss. 1993); *Watkins v. Mabus,* 771 F. Supp. 789 (S. D. Miss. 1991) (three-judge court), *vacated, in part,* 502 U. S. 954, 112. S. Ct. 412, 116 L. Ed. 2d 433 (1991).

29.    Plaintiffs request the Court to: (1) enjoin elections under the existing malapportioned scheme; (2) enjoin the present candidate qualification deadline for the office of supervisor, justice court judge, and constable in Desoto County, Mississippi; (3) extend the candidate qualification deadline for the office of supervisor, justice court judge, and constable in Desoto County, Mississippi until June 1, 2011; (4) order the defendant, the Desoto County, Mississippi Board of Supervisors, to promptly redistrict supervisor, justice court, and constable districts and obtain preclearance of such redistricting plans by May 1, 2011; or (5) shorten the terms of office and set aside any elections under the malapportioned scheme.

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs request the Court to: (1) enjoin elections under the existing malapportioned scheme; (2) enjoin the present candidate qualification deadline for the office of supervisor, justice court judge, and constable in Desoto County, Mississippi;

6

(3) extend the candidate qualification deadline for the office of supervisor, justice court judge, and constable in Desoto County, Mississippi until June 1, 2011; (4) order the defendant, the Desoto County, Mississippi Board of Supervisors to promptly redistrict supervisor, justice court, and constable districts and obtain preclearance of such redistricting plans by May 1, 2011; or (5) shorten the terms of office and set aside any elections under the malapportioned scheme.

Since the authorities for this motion are contained herein, plaintiffs request leave of court from the requirement of filing a separate memorandum of authorities.

This the 28th day of February, 2011.

Respectfully submitted,
DESOTO COUNTY, MISSISSIPPI BRANCH
OF THE NAACP and THOMAS PLUNKETT, on behalf of
themselves and all others similarly situated

CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MS 39083
TEL.: (601) 894-4323
FAX: (601) 894-1464
e-mail: crhode@bellsouth.net

DEBORAH MCDONALD, MSB #2384
P.O. BOX 2038
NATCHEZ, MS 39120
TEL.: (601) 445-5577
attorneydmc@bellsouth.net

LEONARD MCCLELLAN, MSB #2221
2311 W. CAPITOL STREET
JACKSON, MS 39209
TEL.: (601) 355-9895
lmcll@yahoo.com
*Attorneys for Plaintiffs*

7

## DECLARATION OF THOMAS A. PLUNKETT

I, Thomas A. Plunkett, am an adult resident citizen of Supervisor District 4 in Desoto County, Mississippi, and I hereby make the following Declaration, pursuant to *28 U. S. C. § 1746*:

1.     My name is Thomas A. Plunkett, and I am an adult African American resident citizen and registered voter in Supervisor District 4 in Desoto County, Mississippi, and I am the President of the Desoto County Chapter of the National Association for the Advancement of Colored People.

2.     I have personal knowledge of the facts and statements contained in this Declaration.

3.     The population for Desoto County, Mississippi according to the 2010 federal decennial census is 161,252 persons of whom 35,266 (or 21.87%) are African-American. A copy of the 2010 federal census data for the county showing the total population for each supervisor district, the black population for each supervisor district, and the black population percentage for each supervisor district is attached hereto as Exhibit "A" and incorporated herein.

4.     The county is governed by a five (5) member board of supervisors elected to four (4) year terms of office from single member districts.

5.     The terms of office for current members of the board of supervisors expire December 31, 2011.

6.     Political party primary nomination elections for the next term of office for members of the board of supervisors is scheduled for Tuesday, August 2, 2011.

7.     The qualification deadline for candidates is March 1, 2011.

8.     A majority vote is required for political party nomination elections in Mississippi.

9.     Political party second primary nomination or run-off elections for the next term of office for members of the board of supervisors are scheduled for Tuesday, August 23, 2011 if no



1

candidate receives a majority vote during the primary nomination election.

      10.     A general election and regular special elections are scheduled for Tuesday, November 8, 2011.

      11.     The present supervisor districts for the county have a maximum deviation percentage _75.22_ according to the 2010 census.

      12.     As a registered voter in _DeSoto_ County, Mississippi, I feel aggrieved by the maximum deviation percentage.

      12.     The county has a long and official history of racial discrimination against African-American citizens and voters that has affect our right to register, vote, and participate in the political process.

      13.     There is racial bloc voting in elections for supervisor in the county.

      5.     All of the facts and statements contained in this Declaration are true and correct.

      **WITNESS MY SIGNATURE**, this the 25th day of February, 2011.

*Thomas J. Plunkett*

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 25th day of February, 2011.

*Thomas J. Plunkett*

PREPARED BY:
s/Carroll Rhodes
CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MS 39083
(601) 894-4323
e-mail: crhode@bellsouth.net

2

| District | Total Pop | Black | % Black | Asian | % Asian | Hispanic | % Hisp | NHlsp White | VAP | VAP Black | % VAP Black | VAP Asian | % VAP Asian | VAP Hispanic | % VAP Hispanic | VAP NHlsp White | % VAP White | Deviation % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Covington | 19568 | 6825 | | | | | | | 14481 | 4646 | | | | | | | Min Dev % -8.07 | Max Dev % 12.54 |
| 1 | 4405 | 466 | 10.58 | 12 | .27 | 79 | 1.79 | 3804 | 3310 | 317 | 9.58 | 10 | .3 | 49 | 1.48 | 2918 | 88.16 | 12.54 |
| 2 | 4054 | 228 | 5.62 | 7 | .17 | 92 | 2.27 | 3688 | 3040 | 153 | 5.03 | 5 | .16 | 51 | 1.68 | 2807 | 92.34 | 3.58 |
| 3 | 3760 | 1832 | 48.72 | 2 | .05 | 102 | 2.71 | 1808 | 2719 | 1192 | 43.84 | 2 | .07 | 69 | 2.54 | 1452 | 53.4 | -3.93 |
| 4 | 3751 | 1920 | 51.19 | 16 | .43 | 45 | 1.2 | 1756 | 2810 | 1341 | 47.72 | 6 | .21 | 35 | 1.25 | 1415 | 50.36 | -4.16 |
| 5 | 3598 | 2379 | 66.12 | 6 | .17 | 51 | 1.42 | 1146 | 2602 | 1643 | 63.14 | 5 | .19 | 33 | 1.27 | 913 | 35.09 | -8.07 |
| DeSoto | 161252 | 35286 | | | | | | | 115627 | 23002 | | | | | | | Min Dev % -36.77 | Max Dev % 38.45 |
| 1 | 44661 | 10331 | 23.14 | 615 | 1.38 | 1942 | 4.35 | 31222 | 31835 | 6843 | 21.5 | 443 | 1.39 | 1137 | 3.57 | 23195 | 72.86 | 38.45 |
| 2 | 30691 | 5814 | 18.94 | 574 | 1.87 | 1342 | 4.37 | 22489 | 22156 | 3655 | 16.5 | 402 | 1.81 | 851 | 3.84 | 17002 | 76.74 | -4.83 |
| 3 | 27008 | 8614 | 31.89 | 274 | 1.01 | 2202 | 8.15 | 15405 | 18576 | 5331 | 28.7 | 222 | 1.2 | 1297 | 6.98 | 11601 | 61.91 | -16.25 |
| 4 | 20393 | 4225 | 20.72 | 159 | .78 | 1462 | 7.17 | 14212 | 15049 | 2797 | 18.59 | 118 | .78 | 905 | 6.01 | 11076 | 73.6 | -36.77 |
| 5 | 38609 | 6282 | 16.31 | 411 | 1.07 | 1138 | 2.96 | 30225 | 28011 | 4376 | 15.62 | 289 | 1.03 | 717 | 2.56 | 22399 | 79.97 | 19.41 |
| Forrest | 74934 | 27082 | | | | | | | 57231 | 19152 | | | | | | | Min Dev % -15.56 | Max Dev % 18.7 |
| 1 | 14368 | 4755 | 33.09 | 102 | .71 | 390 | 2.71 | 8898 | 11223 | 3231 | 28.79 | 85 | .76 | 296 | 2.64 | 7485 | 66.7 | -4.13 |
| 2 | 12555 | 7617 | 60.19 | 38 | .3 | 548 | 4.33 | 4307 | 9602 | 5512 | 57.4 | 33 | .34 | 361 | 3.76 | 3629 | 37.79 | -15.56 |
| 3 | 17789 | 1571 | 8.83 | 95 | .53 | 450 | 2.53 | 15425 | 12964 | 1059 | 8.17 | 66 | .51 | 258 | 1.99 | 11449 | 88.31 | 18.7 |
| 4 | 14414 | 9107 | 64.52 | 38 | .27 | 806 | 5.71 | 4035 | 10098 | 6141 | 60.81 | 36 | .36 | 538 | 5.33 | 3312 | 32.8 | -5.83 |
| 5 | 16008 | 4032 | 25.19 | 225 | 1.41 | 443 | 2.77 | 11101 | 13345 | 3209 | 24.05 | 202 | 1.51 | 375 | 2.81 | 9419 | 70.58 | 6.81 |
| Franklin | 8118 | 2791 | | | | | | | 6075 | 1948 | | | | | | | Min Dev % -3.57 | Max Dev % 3.08 |
| 1 | 1566 | 959 | 61.24 | 0 | 0 | 2 | .13 | 601 | 1091 | 639 | 58.57 | 0 | 0 | 2 | .18 | 448 | 41.06 | -3.57 |
| 2 | 1654 | 483 | 29.2 | 0 | 0 | 10 | .6 | 1146 | 1290 | 354 | 27.44 | 0 | 0 | 7 | .54 | 918 | 71.16 | 1.85 |
| 3 | 1674 | 945 | 56.45 | 2 | .12 | 16 | .96 | 698 | 1205 | 669 | 55.52 | 2 | .17 | 12 | 1 | 518 | 42.99 | 3.08 |
| 4 | 1646 | 261 | 15.86 | 1 | .06 | 3 | .18 | 1370 | 1267 | 182 | 14.36 | 1 | .08 | 3 | .24 | 1073 | 84.69 | 1.35 |
| 5 | 1578 | 143 | 9.06 | 2 | .13 | 16 | 1.01 | 1415 | 1222 | 104 | 8.51 | 2 | .16 | 11 | .9 | 1104 | 90.34 | -2.83 |
| George | 22578 | 1829 | | | | | | | 16518 | 1320 | | | | | | | Min Dev % -13.55 | Max Dev % 10.78 |
| 1 | 4388 | 73 | 1.66 | 2 | .05 | 103 | 2.35 | 4160 | 3188 | 52 | 1.63 | 2 | .06 | 72 | 2.26 | 3022 | 94.79 | -2.83 |
| 2 | 5003 | 51 | 1.02 | 7 | .14 | 123 | 2.46 | 4779 | 3642 | 37 | 1.02 | 4 | .11 | 84 | 2.31 | 3488 | 95.77 | 10.78 |
| 3 | 4739 | 450 | 9.5 | 16 | .34 | 62 | 1.31 | 4153 | 3424 | 323 | 9.43 | 10 | .29 | 36 | 1.05 | 3024 | 88.32 | 4.94 |
| 4 | 4544 | 562 | 12.37 | 16 | .35 | 98 | 2.16 | 3819 | 3428 | 439 | 12.81 | 10 | .29 | 66 | 1.93 | 2881 | 84.04 | .62 |
| 5 | 3904 | 693 | 17.75 | 6 | .15 | 67 | 1.72 | 3098 | 2836 | 469 | 16.54 | 5 | .18 | 34 | 1.2 | 2305 | 81.28 | -13.55 |

